UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Cary Lee Petersen #173406

Case No.   16-mc-80034-JD

**ORDER OF SUSPENSION**

Because Cary Lee Petersen has failed to respond to the Order to Show Cause, Mr. Petersen's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  March 31, 2016

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Cary Lee Petersen #173406 | Case No.  16-mc-80034-JD<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on 3/31/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

   Cary Lee Petersen
   312 Natoma Street
   #11
   Folsom, CA 95630

Dated: 3/31/2016

   Susan Y. Soong
   Clerk, United States District Court

   By: _____
   Lisa R. Clark, Deputy Clerk to the
   Honorable   James Donato